UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| OREST BAIDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACOB SHULL,<br><br>　　　　Defendant. | Case No.  24-cv-03171-VKD<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER**<br><br>Re: Dkt. Nos. 82, 83 |

On November 18, 2025, the Court entered an order directing plaintiff Orest Baidan to appear for deposition on January 6, 2026 ("Day One") and January 7, 2026 ("Day Two"). Dkt. No. 77. The parties completed Day One of the deposition, as ordered, on January 6, 2026. *See* Dkt. No. 81.

On January 7, 2026, the Court issued an order postponing Day Two of Mr. Baidan's deposition, finding good cause based on Mr. Baidan's representation that his cardiologist "recommended that legal proceedings be postponed, if possible." Dkt. No. 82. The Court ordered:

> Once Mr. Baidan obtains updated guidance from his cardiologist regarding the restrictions, if any, that bear on his ability to sit for a deposition in this case, he must promptly inform defense counsel about any such restrictions, and the parties must thereafter advise the Court by filing a joint status report. The status report must attach documentation from Mr. Baidan's cardiologist stating any restrictions and it must also include the parties' agreed or respective proposals regarding a date for Day Two of Mr. Baidan's deposition and whether any adjustments should be made to the existing arrangements for conduct of the deposition.

United States District Court<br>Northern District of California

*Id.* at 1-2.

The Court directed the parties to file the joint status report by January 21, 2026. *Id.* at 2. In addition, the Court reminded Mr. Baidan that "he must communicate with defense counsel regarding his further deposition, including responding to email and speaking with defense counsel by telephone" and that he "must also cooperate with defense counsel in the timely preparation and submission of joint filings." *Id.* n.1.

On January 21, 2026, defendant Jacob Shull unilaterally filed a statement advising the Court that Mr. Baidan would not participate in the preparation of a joint statement. Dkt. No. 83. Defendant reports that Mr. Baidan has not responded to defense counsel's attempts to reach him by phone and email, and also that he has not provided his availability for Day Two of his deposition, confirmed whether any medical restrictions will be necessary, or provided any documentation from his cardiologist. *Id.* at 2.

By **January 26, 2026**, Mr. Baidan shall file a written response to this order, showing cause why he should not be sanctioned for his failure to comply with the Court's orders and deadlines. The parties shall appear for a show cause hearing on **January 27, 2026 at 1:30 p.m. via Zoom video conference.**

**IT IS SO ORDERED.**

Dated: January 22, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2